# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**RAYMUNDO MARIN QUEVEDO**　　　　　　　　　**PLAINTIFF**

v.　　　　　　　No. 3:21-cv-149-DPM

**GREENE COUNTY DETENTION
CENTER; TAMMY GLENN, Head
Nurse; and DOES**　　　　　　　　　　　　　　**DEFENDANTS**

## JUDGMENT

Quevedo's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

16 November 2021